

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2021

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF VAN L. CRAPPS, DECEASED**

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED.  The appellees' brief is deemed timely filed.

It is so **ORDERED** on December 9, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

